IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LATOYA HALLMON,           )
                          )
            Plaintiff,    )
                          )
     v.                   )   No. 07 C 5373
                          )
NEAR WEST SIDE COMMUNITY  )
DEVELOPMENT CORPORATION, INC., )
                          )
            Defendant.    )

MEMORANDUM ORDER

Near West Side Community Development Corporation, Inc. ("Near West") has filed its Answer and Affirmative Defenses to the Complaint brought against it by Latoya Hallmon ("Hallmon"). That responsive pleading is replete with impermissible deviations (see Answer ¶¶8, 13, 20, 21, 36, 37, 40, 45, 46, 54, 63 and 64) from the formulation that is mandated by the second sentence of Fed. R. Civ. P. ("Rule") 8(b) as the basis for obtaining a deemed denial of a plaintiff's allegations. Near West's counsel, who should really know better, is directed to reread Rule 8(b) with greater care and to read, as well, App. ¶1 to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 278 (N.D. Ill. 2001).

Accordingly all the previously cited inappropriate invocations of that Rule are stricken. Near West's counsel is granted leave to file an amendment to the Answer (not a full-blown Amended Answer) curing that deficiency on or before April 2, 2008, failing which all of the corresponding allegations

of Hallmon's Complaint will be deemed to have been admitted.

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date:  March 25, 2008